# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**NICOLE L. LEIBY,**

    **Plaintiff,**

**v.**              Case No. 8:07-cv-1337-T-30MSS

**TECUMSEH PRODUCTS COMPANY,**
**et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #24). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. Each party shall bear their respective costs and attorneys' fees.

3. All liens and/or subrogated interests shall be satisfied by the Plaintiff.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 20, 2007.

                                     JAMES S. MOODY, JR.
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1337.dismissal 24.wpd